UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
: ORDER OF REFERENCE
Plaintiff,  Goldstein : TO A MAGISTRATE JUDGE
:
-v- : 11-cv-02598  ( BSJ ) ( HPB )
:
: USDC SDNY
Defendant.  Puda Coal, Inc. et al : DOCUMENT
: ELECTRONICALLY FILED
: DOC #: _____
x DATE FILED: 5/31/11
-----------------------------------------------------------

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated  05/24/2011

SO ORDERED:

_____
United States District Judge