UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DAN KORACH, *Individually and On Behalf of All Others Similarly Situated*, | : : : : | Civil Action No.: 11 CIV 2666 <br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| PUDA COAL, INC., MING ZHAO, LIPING ZHU, QIONG WU and YAO ZHAO, | : : : : | |
| Defendants. | : : | |
| HARRIET GOLDSTEIN, *Individually and On Behalf of All Others Similarly Situated*, | : : : : | Civil Action No.: 11 CIV 2598 <br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| PUDA COAL, INC., MING ZHAO, LIPING ZHU, QIONG "LABY" WU, YAO ZHAO, BREAN MURRAY, CARRET & CO., LLC and MACQUARIE CAPITAL (USA) INC., | : : : : : : | |
| Defendants. | : : | |
| LIONEL TALLANT, *Individually and On Behalf of All Others Similarly Situated*, | : : : : | Civil Action No.: 11 CIV 2608 <br> <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| PUDA COAL, INC., MING ZHAO, LIPING ZHU, and QIONG WU, | : : : : | |
| Defendants. | : : | |

[*Caption Continued on Following Page*]

NOTICE OF FILING

| | | |
|---|---|---|
| STEVEN WEISMANN, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> PUDA COAL, INC., MING ZHAO, LIPING ZHU, and QIONG WU, <br><br> Defendants. | : : : : : : : : : : : : : | Civil Action No.: 11 CIV 2609 <br><br> <u>CLASS ACTION</u> |
| ALEXIS ALEXANDER, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> MING ZHAO, LIPING ZHU, QIONG WU, JIANFEI NI, C. MARK TANG, LAWRENCE S. WIZEL AND PUDA COAL, INC., <br><br> Defendants. | : : : : : : : : : : : : : | Civil Action No.: 11 CIV 2657 <br><br> <u>CLASS ACTION</u> |
| THOMAS ROSENBERGER, *Individually and On Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> vs. <br><br> PUDA COAL, INC., LIPING ZHU, QIONG WU, and MING ZHAO, <br><br> Defendants. | : : : : : : : : : : : : : | Civil Action No.: 11 CIV 2660 <br><br> <u>CLASS ACTION</u> |

[*Caption Continued on Following Page*]

| | |
|---|---|
| ALAN GINSBERG, *Individually and On Behalf of All Others Similarly Situated*, | Civil Action No.: 11 CIV 2671 |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | |
| PUDA COAL, INC., MING ZHAO, LIPING ZHU, QIONG WU, JIANFEI NI, C. MARK TANG, LAWRENCE WIZEL, and MOORE STEPHENS INTERNATIONAL LTD., | |
| Defendants. | |
| THOMAS AND CLAUDIA KENDALL, *Individually and On Behalf of All Others Similarly Situated*, | Civil Action No.: 11 CIV 2695 |
| Plaintiffs, | <u>CLASS ACTION</u> |
| vs. | |
| PUDA COAL, INC., MING ZHAO, LIPING ZHU, QIONG (LABY) WU, and YAO ZHAO, | |
| Defendants. | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT: On June 13, 2011, Kayla Clarke Blankenship, Jo Blankenship, Samuel Aaron Blankenship and Samuel Albert Blankenship (collectively the "Blankenship Family" or "Movant"), by and through their counsel of record, Hagens Berman Sobol Shapiro LLP ("Hagens Berman") filed a motion to: 1) consolidate eight related securities class actions in the Southern District of New York; 2) appoint a lead plaintiff; and 3) appoint Hagens Berman as Lead Counsel.

The Blankenship Family filed their motion in the first-filed action pending in the Southern District of New York, No. 11-CV-2666.

DATED: June 13, 2011        Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By      /s/ David S. Nalven
        DAVID S. NALVEN, DN-2374

55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3033
davidn@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

*[Proposed] Lead Counsel for the Blankenshp Family*

**CERTIFICATE OF SERVICE**

    I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.



                            /s/ David S. Nalven
                            DAVID S. NALVEN

# Mailing Information for a Case 1:11-cv-02598-BSJ -HBP

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **Jennifer Elizabeth Traystman**
  jtraystman@trinko.com

- **Curtis Victor Trinko**
  ctrinko@trinko.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adriene O. Bell
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

Myron Harris
South 106-Park Tower Place
22nd & Benjamin Franklin Pkwy
Philadelphia, PA 19130

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```