

## The Rosen Law Firm
### INVESTOR COUNSEL

February 3, 2012

**BY FAX**

Hon. Barbara S. Jones
U.S. District Court Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/12

Re: *Salomon Querub v. Puda Coal, Inc., et al.*, Case No. 1:11-cv-2598-BSJ-HBP.

Your Honor,

On January 3, 2012, we submitted to your Honor a corrected version of the amended complaint which corrected a number of typographical and formatting errors, including the omission of the name of one plaintiff.

We have provided the corrected amended complaint to the two counsel that have made appearances for defendants and they have stated that they do not object to the filing of the corrected amended complaint.

We respectfully request permission to file the corrected amended complaint.

Respectfully yours,

Laurence Rosen

cc: Sara Brody, Esq., Sidley LLP
    Richard M. Strassberg, Esq., Goodwin Proctor, LLP

*application granted.*

Barbara S. Jones
2/6/12
U.S.D.J.

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827