UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE PUDA COAL SECURITIES INC., et al.  Case No.: 1:11-CV-2598 (KBF)
LITIGATION

CLASS ACTION

ECF CASE

-----------------------------------------------------------------X

## PROPOSED ORDER

Considering the Motion to Withdraw Terri Ann Mazur, filed by the Defendant Moore Stephens Hong Kong,

IT IS HEREBY ORDERED that the motion is granted and that Terri Ann Mazur is withdrawn as counsel of record, for Defendant, Moore Stephens Hong Kong. The Clerk of the Court is directed to close the motion at ECF No. 160.

this _11th_ day of _April_, 2013

4/11/13

_____
The Honorable Katherine B. Forrest

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 11 2013