UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE PUDA COAL SECURITIES INC., et al. LITIGATION

Case No.: 1:11-CV-2598 (KBF)

CLASS ACTION

ECF CASE

-----------------------------------------------------------X

## ~~PROPOSED~~ ORDER

This matter having been brought before the Court by Defendant Moore Stephens Hong Kong, through its counsel, by motion pursuant to Local Rule 1.3(c) for an order admitting Justin A. McCarty to the bar of this Court *pro hac vice,* the Court being fully advised and notice to all parties given, it is hereby,

ORDERED that Justin A. McCarty is hereby admitted to this Court *pro hac vice* for the purpose of acting as counsel to Moore Stephens Hong Kong, and for all purposes related to the above-captioned case, and shall abide by the provisions of the Local Rules of this Court and be subject to the disciplinary jurisdiction of the Court pursuant to Local Rule 1.5.

this __12__ day of __April__, 2013

_____
The Honorable Katherine B. Forrest

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 15 2013