

**The Rosen Law Firm**
INVESTOR COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 0 7 2014

February 28, 2014

**VIA HAND DELIVERY AND EMAIL**

Honorable Katherine B. Forrest
U. S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007
ForrestNYSDChambers@nysd.uscourts.gov

Re: *In re Puda Coal Securities Litigation* 1:11-cv-02598-KBF

Your Honor,

Pursuant to the Court's Memorandum Decision and Order, dated February 21, 2014 ("Order"), enclosed please find Plaintiff's amended complaint and exhibits thereto.

The enclosed amended complaint is the same complaint that Plaintiffs filed as an exhibit to their motion to amend (Dkt. No. 282), with the exception of the text contained in paragraph 143 and footnote 18, which explains that Macquarie has since agreed to withdraw the confidentiality designations for the Kroll Report and related documents (which were previously filed with the Court under seal) and Exhibit 3, which consists of the email from counsel for Macquarie concerning the same.

Plaintiffs intend to file another amended complaint adding Trellus's Section 10(b) claims, and updating certain facts uncovered in discovery, at such time as the Court grants Trellus's motion to intervene.

Respectfully,

/s/ Sara E. Fuks
Sara E. Fuks

cc: All Counsel (via email)

caseopenings@nysd.uscourts.gov

*[Handwritten annotation: Ordered. Post to docket. K. B. For—, USDJ 3/6/14]*

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10116 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827