UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IN RE PUDA COAL SECURITIES INC., et al. LITIGATION

Case No.: 1:11-CV-2598 (KBF)

Class Action

-------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the Motion to Strike the Declarations of Anita C.M. Hou ("Hou") and Supplemental Declaration in Support filed by Defendant Moore Stephens Hong Kong ("MSHK") and the exhibits attached thereto, Defendant MSPC, Certified Public Accountants and Advisors, P.C., sued herein as Moore Stephens, P.C. ("MSPC") by their Counsel, Baratta, Baratta & Aidala, LLP, will move this Court before the Honorable Judge Katherine B. Forrest, United States District Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 15A, New York, New York, 10007, on a date and at a time to be set by the Court, for an Order striking the two March 28, 2014 Declarations of Hou, and for such other relief as this Court may deem just and proper.

Dated: New York, New York,
       May 7, 2014

BARATTA, BARATTA & AIDALA, LLP

By: _____
Joseph A. Baratta, Esq.
Michael V. Cibella, Esq.
Ottavio V. Mannarino, Esq.
*Attorneys for MSPC,*
*Certified Public Accountants and Advisors, P.C.*
546 Fifth Avenue
New York, New York, 10036
(212) 750-9700

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2014, I caused a true and correct copy of MSPC Certified Public Accountants and Advisors P.C.'s Motion to Strike the Declarations of Anita C.M. Hou, to be served by electronic filing via the Court's CM/ECF System, on all counsel registered to receive electronic notification.

Ottavio V. Mannarino

1