UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE PUDA COAL SECURITIES INC. ET AL. LITIGATION** | Case No: 1:11-CV-2598 (KBF) <br><br> CLASS ACTION <br><br> ECF Case |

**NOTICE OF PLAINTIFFS' MOTION TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANTS PUDA COAL, INC. AND MING ZHAO**

PLEASE TAKE NOTICE that as soon as the matter may be heard before the Honorable Katherine B. Forrest, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, New York 10007, Plaintiffs will move the Court for an Order, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Rule 55.2 of the Local Civil Rules for the United States District Courts for the Southern and Eastern District of New York, entering a default judgment against defendants Puda Coal, Inc. and Ming Zhao.

This Motion is based upon the accompanying Memorandum of Law and the Declaration of Laurence Rosen and exhibits, dated July 7, 2014 filed herewith.

Dated: July 7, 2014

New York, New York

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
Sara Fuks
Yu Shi
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
E-mail: info@rosenlegal.com

**GLANCY BINKOW & GOLDBERG LLP**
Robin B. Howald (RH-9974)
122 East 42nd Street, Suite 2920
New York, New York  10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
E-mail: rhowald@glancylaw.com

-and-

Lionel Z. Glancy
Joshua L. Crowell (JC-0914)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Plaintiffs and the Class*

**POMERANTZ LLP**
Marc I. Gross
Jeremy A. Lieberman
Emma Gilmore
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665

-and-

2

Patrick V. Dahlstrom
Leigh Handelman Smollar
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

**KAPLAN FOX & KILSHEIMER LLP**
Federic S. Fox
Jeffrey P. Campisi
Pamela A. Mayer
850 Third Avenue
New York, New York 10022
Telephone: (212) 687-1980
Facsimile (212) 687-7714

**KIRBY MCINERNEY LLP**
Daniel Hume
David E. Kovel
J. Brandon Walker
825 Third Avenue, 16th Floor
New York, New York 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Additional Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY THAT ON THIS 7th DAY OF July 2014, a true and correct copy of: the Notice of Plaintiffs' Motion to Enter Default Judgment Against Defendants Puda Coal, Inc., and Ming Zhao; Memorandum of Law in Support thereof; Declaration of Laurence Rosen in support thereof and exhibits thereto, was served by CM/EFC to the parties registered to the Court's CM/ECF system.

                      /s/ Sara E. Fuks