# EXHIBIT A

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| IN RE PUDA COAL SECURITIES INC. et al. LITIGATION<br>*Plaintiff*<br>v.<br>(SEE ATTACHED)<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 1:11-cv-2598-BSJ-HBP<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ming Zhao
Home Add: #4-5 No.189 South Qinxian Road, Xiaodian District, Taiyuan, Shanxi, PRC140105;
Business Address: Shanxi Puda, No.426 Xuefu St., Taiyuan, Shanxi, PRC030006 Tel:0351-2281326

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Laurence Rosen
The Rosen Law Firm, P.A.
275 Madison Avenue, 34th Floor
New York, NY 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: FEB 0 9 2012

*Signature of Clerk or Deputy Clerk*

# PARTIES

### PLAINTIFFS

SALOMON QUERUB, HOTEL VENTURES,
HOWARD PRITCHARD, STEVEN WEISSMAN,
THOMAS ROSENBERGER, AND SAL LADUCA,
INDIVIDUALLY AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED.

### DEFENDANTS

PUDA COAL, INC.; MING ZHAO; LIPING ZHU;
QIONG WU; JIANFEI NI; C. MARK TANG;
LAWRENCE WIZEL; BREAN MURRAY,
CARRET & CO., LLC; MACQUARIE CAPITAL
(USA) INC; MOORE STEPHENS INTERNATIONAL
LTD; MOORE STEPHENS HONG KONG; AND
MOORE STEPHENS, P.C.

SX-2012-704

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1) que la demande a été exécutée*
— the (date) -- *le (date)* __Oct. 18, 2012__
-- at (place, street, number) - *à (localité, rue, numéro)*

__No. 426, Xuefu Street, Taiyuan City, Shanxi Prov.__

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
a) *selon les formes légales (article 5. alinéa premier, lettre a)*

[ ] (b) in accordance with the following particular method:
b) *selon la forme particulière suivante:* _____

[ ] (c) by delivery to the addressee, who accepted it voluntarily.*
c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*
__Guo Jian__

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
__the legal affair representative of the company__

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pièces renvoyées*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__ , the __Jan. 15, 2013__
*Fait à* , *le*

Signature and/or stamp
*Signature et/ou cachet*

[Seal: 中华人民共和国 司法部 民商事司法协助专用章]

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ÉLÉMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

**(article 5, fourth paragraph)**
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*

Judge Barbara S. Jones, U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, NY 10007

**Particulars of the parties:**
*Identité des parties:*

Defendants: Puda Coal, Inc., Ming Zhao, et al., Plaintiffs: Salomon Querub, et al.,

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

A consolidated complaint and summons describing the Plaintiffs' claims against Mr. Zhao and requesting compensation.
一份经修订的诉状和传票，描述了原告向赵先生的索赔。

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*

A class action securities fraud lawsuit by plaintiffs seeking to recover investment losses.

原告提起的证券欺诈集体诉讼，寻求投资损失赔偿。

**Date and place for entering appearance:**
*Date et lieu de la comparution:*

21 days after receipt of these documents, as the U.S. District Court, 500 Pearl Street, New York, NY 10007

**Court which has given judgment**:**
*Juridiction qui a rendu la décision:*

No judgment has been made.

**Dale of judgment**:**
*Date de la décision:*

None.

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*

The defendant has 21 days to respond to the amended complaint.

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:****
*Indication des délais figurant dans l'acte:*