# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PUDA COAL SECURITIES INC. et al. LITIGATION | Case No: 1:11-CV-2598 (BSJ) (HBP) <br><br> CLASS ACTION <br><br> **AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT PUDA COAL, INC.** |

AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT
PUDA COAL, INC.

Attached hereto is an Affidavit of Service confirming service of (i) Summons; and (ii) Consolidated Complaint for Violations of the Federal Securities Laws [Corrected] for the above-captioned case. Service of said documents was effected on March 15, 2012 at 10:35 a.m. on Defendant Puda Coal, Inc., through its registered agent for service of process, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801.

A copy of this Affidavit has been sent to all parties on the attached service list by the means of service indicated thereon.

DATED: April 5, 2012          **GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Lionel Z. Glancy*
Lionel Z. Glancy
Michael Goldberg
Robert V. Prongay
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiffs*

| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Index No. | 1:11-CV-2598-BSJ-HBP |
|---|---|---|

IN RE: PUDA COAL SECURITIES INC. et al

                             against

SALOMON QUERUB V. PUDA COAL

*Plaintiff(s) Petitioner(s)*

*Defendant(s) Respondent(s)*

Calendar No.

~ AFFIDAVIT OF SERVICE

STATE OF DELAWARE, COUNTY OF: NEW CASTLE Ss.:

The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 3/15/12 at 10:35 A.M., at C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801
deponent served the within

- ☒ summons and complaint
- ☐ subpoena duces tecum
- ☐ citation ☐

on PUDA COAL, INC.

☒ defendant    ☐ witness    hereinafter called therein
☐ -espondent             the recipient named

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to SCOTT LASCALA personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be PROCESS AGENT- AUTHORIZED PERSON thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to    at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at    and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at    in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☒

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ Male | ☒ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☐ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☒ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $ the authorizing traveling expenses    ☐ was paid (tendered) to the recipient
and one days' witness fee:    ☐ was mailed to the witness with subpeona copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 3/15/12

_M H_ (signature)

License No. _____

KEVIN S. DUNN
PO BOX 1360 WILMINGTON, DE 19899

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO SOUTHERN DISTRICT OF NEW YORK
ECF AND LOCAL RULES AND BY MAIL
ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1925 Century Park East, Suite 2100, Los Angeles, California 90067.

On April 5, 2012, I caused to be served the following document:

**AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT**

By posting such document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the attached Court's Service List.

And by **U.S. Mail** to all known non-ECF registered parties: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service that same day.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 5, 2012, at Los Angeles, California.

*s/ Lionel Z. Glancy*
Lionel Z. Glancy

SDNY CM/ECF Version 4.2-  https://ecf.nysd.uscourts.gov/cgi-bin/MailList.pl?640032979992003-L_5...

Case 1:11-cv-02598-DLC-HBP   Document 397-2   Filed 07/07/14   Page 6 of 7
Case 1:11-cv-02598-KBF   Document 59   Filed 04/09/12   Page 39 of 6

## Mailing Information for a Case 1:11-cv-02598-BSJ-HBP

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Albert Yong Chang**
  achang@cfsblaw.com,fbottini@cfsblaw.com,lcox@cfsblaw.com,kcochran@cfsblaw.com,aringer@cfsblaw.com,sammirati@cfsblaw.com,albert.chang.law@gmail.com

- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,dmacdiarmid@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.co

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **Robert V. Prongay**
  rprongay@glancylaw.com

- **Andrei V. Rado**
  arado@milberg.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jennifer Elizabeth Traystman**
  jtraystman@trinko.com

- **Curtis Victor Trinko**
  ctrinko@gmail.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adriene O. Bell
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

Samuel Blankenship
,

Michael Marc Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars   Suite 311
Los Angeles, CA 90067

Myron Harris
South 106-Park Tower Place
22nd & Benjamin Franklin Pkwy
Philadelphia, PA 19130

David M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```

**SERVICE LIST VIA U.S. MAIL**

Richard M. Strassberg
Maryana Zubok
Goodwin Proctor LLP
620 Eighth Avenue
New York, NY 10018

*For Defendants C. Mark Tang and Lawrence Wizel*

Seth Goodchild
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

*For Defendant Macquarie Capital (USA) Inc.*

Corporation Service Company
80 State Street
Albany, New York 12207-2543

*For Defendant Brean Murray Carret & Co., LLC*

Joseph Corcoran
340 North Avenue
Cranford, NJ 07016

*For Defendant Moore Stephens, P.C.*

Puda Coal, Inc.
426 Xuefu Street
Taiyuan, Shanxi Province
The People's Republic of China

*For Defendants Ming Zhao, Yao Zhao, Liping Zhu, Jianfei Ni, & Qiong Laby Wu*

The Corporation Trust Company
For Defendant Puda Coal, Inc.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*For Defendant Puda Coal, Inc.*