# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PUDA COAL SECURITIES INC. et al. LITIGATION | Case No: 1:11-CV-2598(BSJ)(HBP)<br><br>**CLERK'S CERTIFICATE**<br><br>CLASS ACTION |

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on April 15, 2011 with the filing of a summons and complaint. (Docket No. 1). A corrected Consolidated Complaint was filed on February 9, 2012. (Docket No. 47). A copy of the summons and corrected Consolidated Complaint was served on defendant Ming Zhao ("Defendant"), by personal service on this corporate defendant's legal affair representative on October 18, 2012. (Docket No. 138).

    I further certify that the docket entries indicate that Defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

DATED:    New York, New York

    _March 14_, 2013

                                                RUBY J. KRAJICK
                                                Clerk of the Court

                                                By:_____
                                                    Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PUDA COAL SECURITIES INC. et al. LITIGATION | Case No: 1:11-CV-2598(BSJ)(HBP) <br><br> **CERTIFICATE OF SERVICE** <br><br> CLASS ACTION |

I, Laurence Rosen, an attorney with the Rosen Law Firm, P.A., hereby certify under penalty of perjury, that I served a copy of the Clerk's Certificate, dated March 14, 2013, upon Defendant Ming Zhao at his place of residence: #4-5 No.189 South Qinxian Road, Xiaodian District, Taiyuan, Shanxi, PRC140105; place of business: Shanxi Puda, No.426 Xuefu St., Taiyuan, Shanxi, PRC030006; and through the Defendant's legal representative, Roger Cooper of Cleary Gottlieb, One Liberty Plaza, New York, NY 10006, by mailing and depositing a true and correct copy of said document to each address in a USPS mail drop located at 275 Madison Ave., New York, NY 10016 on the following date: March 15, 2013.

I certify that the foregoing is true and correct.

DATED: New York, New York

March 15, 2013

By: _____
Laurence Rosen, Esq.

1