**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
(212) 849-7150

WRITER'S INTERNET ADDRESS
michaelcarlinsky@quinnemanuel.com

November 3, 2014

**Via ECF and Electronic Mail**
Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15A
New York, NY 10007-131

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 04 2014

Re:   *In re Puda Coal Securities Inc., et al. Litigation* (Case No. 1:11-CV-2598 (KBF))

Dear Judge Forrest:

We represent defendant Ming Zhao in the above-referenced matter, although we have not yet formally appeared. We respectfully request that that Court extend Mr. Zhao's time to submit his opposition to the default motion from Monday, November 3 to Friday, November 7, 2014. Co-Lead Counsel for the class, Laurence Rosen, Esq., has consented to such an extension.

Respectfully submitted,

[signature]

Michael B. Carlinsky

Cc:   All Counsel of Record

**Order**

Application granted. All counsel are hereby informed that this judge's husband is associated with the Quinn firm. Given that, if any counsel/party wish to raise recusal concerns, they shall do so by letter not later than Nov. 7, 2014 (c.o.b.). The Court has no concerns.

K.B.F.
USDJ

11/4/14