# APPENDIX 1



| Pricing Date | Puda Coal Inc. (OTCPK:PUDA) - Share Pricing | Puda Coal Inc. (OTCPK:PUDA) - Day High Price | Puda Coal Inc. (OTCPK:PUDA) - Day Low Price |
|---|---|---|---|
| Dec-01-2010 | 15.38 | 15.48 | 14.40 |
| Dec-02-2010 | 16.47 | 16.97 | 15.51 |
| Dec-03-2010 | 15.41 | 16.44 | 15.10 |
| Dec-06-2010 | 15.72 | 16.12 | 15.29 |
| Dec-07-2010 | 14.60 | 16.21 | 14.60 |
| Dec-08-2010 | 12.04 | 12.43 | 11.66 |
| Dec-09-2010 | 12.11 | 12.57 | 12.00 |
| Dec-10-2010 | 12.25 | 12.33 | 11.92 |
| Dec-13-2010 | 12.10 | 12.50 | 12.03 |
| Dec-14-2010 | 12.12 | 12.27 | 12.02 |
| Dec-15-2010 | 11.41 | 12.26 | 11.35 |
| Dec-16-2010 | 11.51 | 11.52 | 10.65 |
| Dec-17-2010 | 11.93 | 12.27 | 11.50 |
| Dec-20-2010 | 11.98 | 12.40 | 11.81 |
| Dec-21-2010 | 11.94 | 12.10 | 11.40 |
| Dec-22-2010 | 11.93 | 12.10 | 11.70 |
| Dec-23-2010 | 12.11 | 12.25 | 12.01 |
| Dec-27-2010 | 11.84 | 12.18 | 11.79 |
| Dec-28-2010 | 12.29 | 12.40 | 11.84 |
| Dec-29-2010 | 12.59 | 12.65 | 12.25 |
| Dec-30-2010 | 13.80 | 14.07 | 12.97 |
| Dec-31-2010 | 14.25 | 14.50 | 13.92 |
| Jan-03-2011 | 14.70 | 15.28 | 14.29 |
| Jan-04-2011 | 13.95 | 14.99 | 13.61 |
| Jan-05-2011 | 14.27 | 14.55 | 13.62 |
| Jan-06-2011 | 13.97 | 14.50 | 13.80 |
| Jan-07-2011 | 13.64 | 13.98 | 13.23 |
| Jan-10-2011 | 13.30 | 13.69 | 13.18 |
| Jan-11-2011 | 14.12 | 14.15 | 13.41 |
| Jan-12-2011 | 14.34 | 14.77 | 14.15 |
| Jan-13-2011 | 14.16 | 14.36 | 14.00 |
| Jan-14-2011 | 13.79 | 14.00 | 13.50 |
| Jan-18-2011 | 13.43 | 13.93 | 13.21 |
| Jan-19-2011 | 12.64 | 13.61 | 12.51 |
| Jan-20-2011 | 12.28 | 12.85 | 12.00 |
| Jan-21-2011 | 12.42 | 12.69 | 12.18 |
| Jan-24-2011 | 12.24 | 12.52 | 12.20 |
| Jan-25-2011 | 11.99 | 12.44 | 11.74 |
| Jan-26-2011 | 12.62 | 12.74 | 11.75 |
| Jan-27-2011 | 12.56 | 12.65 | 12.25 |
| Jan-28-2011 | 12.18 | 12.46 | 11.91 |
| Jan-31-2011 | 12.37 | 12.46 | 12.03 |
| Feb-01-2011 | 12.85 | 12.99 | 12.32 |
| Feb-02-2011 | 13.08 | 13.10 | 12.75 |
| Feb-03-2011 | 13.00 | 13.22 | 12.75 |
| Feb-04-2011 | 12.67 | 13.03 | 12.53 |
| Feb-07-2011 | 12.24 | 12.82 | 12.09 |
| Feb-08-2011 | 12.18 | 12.45 | 12.01 |
| Feb-09-2011 | 11.96 | 12.15 | 11.88 |
| Feb-10-2011 | 11.80 | 12.00 | 11.75 |
| Feb-11-2011 | 11.78 | 11.97 | 11.74 |
| Feb-14-2011 | 11.61 | 11.90 | 11.53 |
| Feb-15-2011 | 11.39 | 11.55 | 11.25 |
| Feb-16-2011 | 11.59 | 11.78 | 11.30 |
| Feb-17-2011 | 11.64 | 11.69 | 11.30 |
| Feb-18-2011 | 11.96 | 12.26 | 11.61 |
| Feb-22-2011 | 11.00 | 11.82 | 11.00 |
| Feb-23-2011 | 11.23 | 11.35 | 10.92 |
| Feb-24-2011 | 11.68 | 11.79 | 11.35 |
| Feb-25-2011 | 11.65 | 11.85 | 11.43 |
| Feb-28-2011 | 11.65 | 11.99 | 11.41 |
| Mar-01-2011 | 11.27 | 11.85 | 11.20 |
| Mar-02-2011 | 11.42 | 11.48 | 11.15 |
| Mar-03-2011 | 11.56 | 11.78 | 11.38 |
| Mar-04-2011 | 12.17 | 12.18 | 11.55 |
| Mar-07-2011 | 11.98 | 13.05 | 11.97 |
| Mar-08-2011 | 12.57 | 12.75 | 11.80 |
| Pricing Date | Puda Coal Inc. (OTCPK:PUDA) - Share Pricing | Puda Coal Inc. (OTCPK:PUDA) - Day High Price | Puda Coal Inc. (OTCPK:PUDA) - Day Low Price |

| Pricing Date | Puda Coal Inc. (OTCPK:PUDA) - Share Pricing | Puda Coal Inc. (OTCPK:PUDA) - Day High Price | Puda Coal Inc. (OTCPK:PUDA) - Day Low Price |
|---|---|---|---|
| Mar-09-2011 | 12.25 | 12.71 | 12.15 |
| Mar-10-2011 | 11.99 | 12.19 | 11.76 |
| Mar-11-2011 | 11.66 | 11.91 | 11.33 |
| Mar-14-2011 | 11.33 | 12.14 | 11.02 |
| Mar-15-2011 | 11.07 | 11.08 | 9.60 |
| Mar-16-2011 | 11.39 | 11.85 | 11.12 |
| Mar-17-2011 | 11.25 | 11.82 | 11.20 |
| Mar-18-2011 | 11.40 | 11.78 | 11.20 |
| Mar-21-2011 | 11.20 | 11.74 | 11.08 |
| Mar-22-2011 | 11.30 | 11.34 | 11.14 |
| Mar-23-2011 | 11.34 | 11.48 | 11.11 |
| Mar-24-2011 | 11.18 | 11.47 | 11.08 |
| Mar-25-2011 | 11.38 | 11.45 | 11.18 |
| Mar-28-2011 | 11.41 | 11.57 | 11.38 |
| Mar-29-2011 | 11.86 | 11.86 | 11.38 |
| Mar-30-2011 | 12.71 | 12.87 | 12.02 |
| Mar-31-2011 | 12.25 | 12.97 | 11.80 |
| Apr-01-2011 | 12.19 | 12.70 | 11.85 |
| Apr-04-2011 | 11.46 | 12.33 | 11.39 |
| Apr-05-2011 | 10.77 | 11.42 | 10.62 |
| Apr-06-2011 | 9.80 | 11.00 | 9.69 |
| Apr-07-2011 | 9.10 | 10.19 | 9.06 |
| Apr-08-2011 | 6.00 | 8.84 | 5.77 |
| Apr-11-2011 | 6.00 | 8.84 | 5.77 |
| Apr-12-2011 | 6.00 | 8.84 | 5.77 |
| Apr-13-2011 | 6.00 | 8.84 | 5.77 |
| Apr-14-2011 | 6.00 | 8.84 | 5.77 |
| Apr-15-2011 | 6.00 | 8.84 | 5.77 |
| Apr-18-2011 | 6.00 | 8.84 | 5.77 |
| Apr-19-2011 | 6.00 | 8.84 | 5.77 |
| Apr-20-2011 | 6.00 | 8.84 | 5.77 |
| Apr-21-2011 | 6.00 | 8.84 | 5.77 |
| Apr-25-2011 | 6.00 | 8.84 | 5.77 |
| Apr-26-2011 | 6.00 | 8.84 | 5.77 |
| Apr-27-2011 | 6.00 | 8.84 | 5.77 |
| Apr-28-2011 | 6.00 | 8.84 | 5.77 |
| Apr-29-2011 | 6.00 | 8.84 | 5.77 |