UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X   11cv2598 (DLC) (HPB)
:
IN RE PUDA COAL SECURITIES INC.,          :   and all member and
et al. LITIGATION                         :      related cases
:
This document relates to: ALL ACTIONS.    :   ORDER ENTERING DEFAULT
:            JUDGMENT
------------------------------------------X

DENISE COTE, District Judge:

    On July 7, 2014, plaintiffs moved for entry of default judgment against defendant Puda Coal, Inc. ("Puda"). By an Order of July 10, 2014, Puda was ordered to appear and show cause why default judgment should not enter against it. On November 14, 2014, a show cause hearing was held, at which Puda did not appear. Accordingly, it hereby

    ORDERED that default is entered against Puda. By an accompanying Order of Reference, the claims against Puda are referred to a Magistrate Judge for an inquest on damages. That inquest shall not occur and no damages shall be awarded until the claims against the other defendants in this litigation have been resolved.

Dated:    New York, New York
          November 17, 2014

                                  DENISE COTE
                            United States District Judge

11/17/2014