**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 | FAX (212) 849-7100



WRITER'S DIRECT DIAL NO.
(212) 849-7134

WRITER'S INTERNET ADDRESS
minyaowang@quinnemanuel.com

March 13, 2015

Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Courtroom 15B
New York, NY 10007-1312

3/13/2015

Re:   *In re Puda Coal Securities Inc., et al. Litigation* (Case No. 1:11-CV-2598 (DLC))

Dear Judge Cote:

We write to update the Court on the parties' efforts to resolve the status of documents previously withheld by Defendant Ming Zhao on the grounds of joint defense and common interest privileges. On March 6, the Court extended the deadline by which the parties were required to report any remaining disputes to March 12, 2015.

The parties are pleased to report that they have reached a resolution of all remaining issues. Mr. Zhao will complete his supplemental document production to Plaintiffs by the end of next week.

Plaintiffs have advised Quinn Emanuel that upon completion of the supplemental production, they will no longer have any objection to Quinn Emanuel's motion to withdraw as counsel in this matter.

Respectfully submitted,

/s/ Minyao Wang

Minyao Wang

Status report is due
3/25/15.

*Denise Cote*
3/13/15