# UNITED STATES DISTRICT COURT

Southern    District of    New York

In re Puda Coal Inc. Securities Litigation

V.

## BILL OF COSTS

Case Number: 11-cv-2598-DLC

Judgment having been entered in the above entitled action on ___6/8/2015___ against ___Plaintiffs___
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 37,245.50 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,132.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 6,625.50 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL $ | 46,003.00 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☒  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _Brian J Massengill_

Name of Attorney: Brian J. Massengill, Mayer Brown LLP, 71 S. Wacker Dr., Chicago, IL 60606

For: Moore Stephens Hong Kong    Date: 6/19/2015

Name of Claiming Party

Costs are taxed in the amount of $46,003.00 ___ and included in the judgment.

Clerk of Court ___    By: ___ Deputy Clerk ___    Date ___

# UNITED STATES DISTRICT COURT

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

| MSHK Costs | | |
|---|---|---|
| **Date** | **Amount** | **Description** |
| 11/7/2013 | $1,989.15 | Yin Yuen (Irene) Cheong |
| 11/20/2013 | $3,676.15 | Lawrence Wizel |
| 11/21/2013 | $3,534.60 | Mark Tang |
| 11/26/2013 | $848.89 | Richard Montalbano |
| 12/10/2013 | $2,621.00 | Alex Chan |
| 12/11/2013 | $2,250.00 | Nicholas Lee |
| 12/12/2013 | $2,318.50 | Daniel Kwan |
| 12/13/2013 | $2,265.00 | Rudolph Leung |
| 12/17/2013 | $2,260.25 | Andy Tse |
| 12/18/2013 | $2,250.00 | James Fulton |
| 12/20/2013 | $2,250.00 | Ida Law |
| 1/15/2014 | $5,176.70 | Anita Hou |
| 1/28/2014 | $940.87 | Weimin Wang |
| 1/30/2014 | $2,211.84 | Alexander Mackintosh |
| 1/31/2014 | $2,652.55 | Gregg Jarrell |
| 9/30/2013 | $6,625.50 | Tiff Creation* |
| 8/31/2013 | $902.00 | Export & Output |
| 8/31/2013 9/30/2013 | $717.50 | Data Output |
| 10/31/2013 | $102.50 | Special Tasks |
| 11/30/2013 | $307.50 | Special Tasks |
| 2/28/2014 | $102.50 | Special Tasks |
| **Total** | **$46,003.00** | |
| | | |

\* - The total cost of TIFF creation is $7,637.16. The $6,625.50
above reflects the cost of the number of TIFFs Moore Stephens
Hong Kong ulitmately produced.

# INVOICE



**CALIFORNIA**
DEPOSITION REPORTERS
800.242.1996

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 127551 | 11/15/2013 | 134418 |
| **Job Date** | **Case No.** | |
| 11/7/2013 | | |
| **Case Name** | | |
| IN RE: PUDA COAL SECURITES | | |
| **Payment Terms** | | |
| Due upon receipt | | |

DANA DOUGLAS
Mayer Brown LLP
71 South Wacker Drive
Chicago IL 60606

1 CERTIFIED COPY OF TRANSCRIPT OF:

YIN YUEN CHEONG

|  | 1,685.90 |
|---|---|
| **TOTAL DUE >>>** | **$1,685.90** |
| AFTER 12/15/2013 PAY | $1,770.20 |

AMOUNT SHOWN IS DISCOUNTED FOR PAYMENTS BY CHECK OR MONEY ORDERS
FOR YOUR CONVIENENCE WE WILL ACCEPT ALL MAJOR CREDIT CARDS WITH THE
5% DISCOUNT ADDED TO AMOUNT DUE AT TIME OF CHARGE.
ALL PAYMENTS 30 DAYS AFTER INVOICE DATE WILL PAY HIGHER BILLED RATE
AND A 1.5% PER MONTH FINANCE CHARGES WILL BE DUE OR ADDED.

**Tax ID:** 95-4168477

Phone:     Fax:

*Please detach bottom portion and return with payment.*

DANA DOUGLAS
Mayer Brown LLP
71 South Wacker Drive
Chicago IL 60606

| Job No. | : 134418 | BU ID | : **LA A-I |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : IN RE: PUDA COAL SECURITES | | |

| Invoice No. | : 127551 | Invoice Date | : 11/15/2013 |
|---|---|---|---|
| **Total Due** | **: $1,685.90** | | |

AFTER 12/15/2013 PAY  $1,770.20

Remit To:     **California Deposition Reporters**
**P.O. Box 108**
**Covina CA  91723**

### PAYMENT WITH CREDIT CARD

AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Invoice



**Visual Discovery Inc.**
a Litigation Support Company
3130 Bonita Rd., Suite 102
Chula Vista, CA 91910

info@vdidepo.com
www.visualdiscoveryinc.com
O: 619.591.9723
F: 619.591.9732

| Date | Invoice # |
|------|-----------|
| 11/7/2013 | 13-3095 |

EIN# 11-3759269

Bill To

Mayer Brown
71 S. Wacker Drive
Chicago, IL 60606
Attn: Dana S. Douglas, Esq.

BALANCE PAST 30
DAYS ARE SUBJECT TO
A 1.5% PER MONTH
FINANCE CHARGE AND
A $30.00 PER MONTH
LATE FEE.

| Case Name | Job No. | Videographer | Due Date |
|-----------|---------|--------------|----------|
| In Re Puda Coal Securities | 134418 | GF | 11/22/2013 |

| Item | Date Taken | Description | Hrs/Qty | Rate | Amount |
|------|-----------|-------------|---------|------|--------|
| SYNC | 11/7/2013 | Deposition of: Yin Yuen Cheong DVD(MPEG1)$30hr (SYNC)$45hr Total post production Time: 3.75hrs | 3.75 | 75.00 | 281.25 |
| Postage and De... | | Postage and Delivery UPS Package 1 Tracking #: 1Z3446Y50292131575 | 1 | 22.00 | 22.00 |

Thank you for your Business!  Please make check payable to Visual Discovery, Inc.

For your convience we also accept MC, VISA, DISCOVER and AMEX.
There is a 2% handling fee for this service.

| | |
|---|---|
| Subtotal | $303.25 |
| Payments/Credits | $0.00 |
| Balance Due | $303.25 |



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/29/2013
**INVOICE #** 112013-413366

**Bill To:**  Brian J. Massengill Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** Lawrence S. Wizel
**DATE:** 11/20/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 276 | $4.50 | $1,242.00 |
| Original Transcript - 3 Day Delivery | 276 | $2.00 | $552.00 |
| Original Transcript - Evening Pages | 19 | $2.00 | $38.00 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 586 | $0.15 | $87.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,164.90 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,224.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/29/2013
**INVOICE #** 112013-413367

**Bill To:**
Brian J. Massengill Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** Lawrence S. Wizel
**DATE:** 11/20/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $295.00 | $295.00 |
| Videographer - Additional Hours | 7 | $95.00 | $665.00 |
| Videographer - Add'l Hours - Evening Rate | 0.5 | $142.50 | $71.25 |
| Videosynch / Tape | 4 | $95.00 | $380.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,411.25 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,451.25 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/29/2013
**INVOICE #** 112113-413372

**Bill To:**       Dana S. Douglas Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:**       In Re Puda Coal Securities et al Litigation
**WITNESS:**   C. Mark Tang
**DATE:**       11/21/2013
**LOCATION:**   New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 248 | $4.50 | $1,116.00 |
| Original Transcript - 3 Day Delivery | 248 | $2.00 | $496.00 |
| Interactive Real-time | 248 | $1.45 | $359.60 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 520 | $0.15 | $78.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,189.60 |
| | | SHIPPING & HANDLING | $60.00 |
| | | TOTAL | $2,249.60 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Corporate Headquarters**
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 11/29/2013
**INVOICE #** 112113-413373

**Bill To:**
Dana S. Douglas Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** C. Mark Tang
**DATE:** 11/21/2013
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $295.00 | $295.00 |
| Videographer - Additional Hours | 7 | $95.00 | $665.00 |
| Videosynch / Tape | 3 | $95.00 | $285.00 |
| Certified - MPEG - Complimentary | 3 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,245.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,285.00 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# INVOICE



NorthStar Lit
Technologies
103 Eisenhower Parkway
Roseland, New Jersey 07068
800.973.9270
www.norlistorlit.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200124 | 12/24/2013 | 1121 |
| Job Date | Case No. | |
| 11/26/2013 | 1:11-CV-2598 (KBF) | |
| Case Name | | |
| In Re: Puda Coal Securities Inc. et al. Litigation | | |
| Payment Terms | | |
| Due upon receipt | | |

Dana Douglas
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

| | | | |
|---|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | | |
| Richard Montalbano | 276.00 | Pages | 759.00 |
| Exhibit | 447.00 | Pages | 53.64 |
| Condensed Transcript | | | 0.00 |
| Electronic Transcript | | | 0.00 |
| Shipping & Handling | | | 36.25 |
| | | TOTAL DUE >>> | $848.89 |

**Tax ID:** 03-0571163

*Please detach bottom portion and return with payment.*

Dana Douglas
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

Invoice No.   :  200124
Invoice Date  :  12/24/2013
**Total Due**    :  **$ 848.89**

Remit To: **NorthStar Litigation Technologies, LLC**
**103 Eisenhower Parkway**
**Roseland, NJ 07068**

Job No.    :  1121
BU ID      :  NorthStar
Case No.   :  1:11-CV-2598 (KBF)
Case Name  :  In Re: Puda Coal Securities Inc. et al.
              Litigation

# INVOICE



PLANET DEPOS
ASIA

AMERICAN REALTIME
Your Legal Court Reporting Agency Around The World

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 62946 | 1/3/2014 | 48902 |
| **Job Date** | **Case No.** | |
| 12/10/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY  10019

EXPEDITED TRANSCRIPT WITH INDEX OF:

Alex Chan - LEF

| | | |
|---|---|---|
| Transcript, Realtime & Rough Draft | | 1,500.00 |
| Expedited Delivery | | 750.00 |
| Exhibits | 1,344.00  Pages | 336.00 |
| Delivery | | 35.00 |
| | **TOTAL DUE  >>>** | **$2,621.00** |

Ordered By    : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
Mayer Brown, LLP
1675 Broadway
New York, NY  10019

5 day expedite
Due upon receipt and is not contingent on client payment.
For billing questions, please email billing@planetdepos.com or call 888.433.3767
Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY  10019

Job No.     : 48902         BU ID      : 90-HK-R
Case No.   : 11-CV-2598 (SDNY)
Case Name : In Re Puda Coal Sec., Inc. Litig.

Invoice No. : 62946         Invoice Date : 1/3/2014
**Total Due** : **$ 2,621.00**

Remit To:  **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

PAYMENT WITH CREDIT CARD                    MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Your Deposition Reporting Agency Around the World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 62950 | 1/3/2014 | 48938 |
| **Job Date** | **Case No.** | |
| 12/11/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY  10019

EXPEDITED TRANSCRIPT WITH INDEX OF:

Nicholas Lee - LEF

| | |
|---|---|
| Transcript, Realtime & Rough Draft | 1,500.00 |
| Expedited Delivery | 750.00 |

**TOTAL DUE >>>**   **$2,250.00**

Ordered By   : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

5 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY  10019

Job No.    : 48938          BU ID        : 90-HK-R
Case No.   : 11-CV-2598 (SDNY)
Case Name : In Re Puda Coal Sec., Inc. Litig.

Invoice No. : 62950          Invoice Date : 1/3/2014
**Total Due** : **$ 2,250.00**

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

### PAYMENT WITH CREDIT CARD                    MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



PLANET DEPOS
ASIA
With Local Court Reporting Agency Around The World
888.433.3767  WWW.PLANETDEPOS.COM

AMERICAN REALTIME
Your Local Court Reporting Agency Around The World

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 62956 | 1/3/2014 | 48940 |
| **Job Date** | **Case No.** | |
| 12/12/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

Daniel Kwan - LEF

| | | |
|---|---|---|
| Transcript, Realtime & Rough Draft | | 1,500.00 |
| Expedited Delivery | | 750.00 |
| Exhibits | 274.00  Pages | 68.50 |
| | **TOTAL DUE  >>>** | **$2,318.50** |

Ordered By : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

5 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Job No.      : 48940          BU ID        : 90-HK-R
Case No.     : 11-CV-2598 (SDNY)
Case Name : In Re Puda Coal Sec., Inc. Litig.

Invoice No.  : 62956          Invoice Date : 1/3/2014
**Total Due** : **$ 2,318.50**

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**                    MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



PLANET DEPOS
ASIA

AMERICAN REALTIME

888.433.3767    WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 62960 | 1/3/2014 | 48942 |
| **Job Date** | **Case No.** | |
| 12/13/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

EXPEDITED TRANSCRIPT WITH INDEX OF:
Rudolph Leung - LEF

| | | |
|---|---|---|
| Transcript, Realtime & Rough Draft | | 1,500.00 |
| Expedited Delivery | | 750.00 |
| Exhibits | 60.00  Pages | 15.00 |
| | **TOTAL DUE  >>>** | **$2,265.00** |

Ordered By    : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

5 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Job No.      : 48942          BU ID        : 90-HK-R
Case No.    : 11-CV-2598 (SDNY)
Case Name : In Re Puda Coal Sec., Inc. Litig.

Invoice No. : 62960          Invoice Date : 1/3/2014
**Total Due : $ 2,265.00**

Remit To: **Planet Depos - Asia**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63211 | 1/3/2014 | 48947 |
| **Job Date** | **Case No.** | |
| 12/17/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

---

EXPEDITED TRANSCRIPT WITH INDEX OF:
    Andy Tse - LEF

| | |
|---|---:|
| Transcript, Realtime & Rough Draft | 1,500.00 |
| Expedited Delivery | 750.00 |
| Exhibits                41.00  Pages | 10.25 |
| **TOTAL DUE  >>>** | **$2,260.25** |

Ordered By    : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
    Mayer Brown, LLP
    1675 Broadway
    New York, NY 10019

5 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 35-2467235

---

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Job No.    : 48947          BU ID      : 90-HK-R
Case No.   : 11-CV-2598 (SDNY)
Case Name  : In Re Puda Coal Sec., Inc. Litig.

Invoice No. : 63211          Invoice Date : 1/3/2014
**Total Due  : $ 2,260.25**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Planet Depos - Asia**
    **405 East Gude Drive**
    **Suite 209**
    **Rockville, MD  20850**

# INVOICE



PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63220 | 1/3/2014 | 48949 |
| **Job Date** | **Case No.** | |
| 12/18/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

---

EXPEDITED TRANSCRIPT WITH INDEX OF:

    James Taylor Fulton - LEF

       Transcript, Realtime & Rough Draft         1,500.00

       Expedited Delivery         750.00

      **TOTAL DUE >>>**      **$2,250.00**

Ordered By   : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
                Mayer Brown, LLP
                1675 Broadway
                New York, NY 10019

5 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

---

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

Job No.   : 48949      BU ID     :90-HK-R
Case No.   : 11-CV-2598 (SDNY)
Case Name : In Re Puda Coal Sec., Inc. Litig.

Invoice No.   : 63220      Invoice Date : 1/3/2014
**Total Due**   : **$ 2,250.00**

Remit To: **Planet Depos - Asia**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

### PAYMENT WITH CREDIT CARD

MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



PLANET DEPOS
ASIA

888.433.3767   WWW.PLANETDEPOS.COM

AMERICAN REALTIME

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 63763 | 1/3/2014 | 48953 |
| **Job Date** | **Case No.** | |
| 12/20/2013 | 11-CV-2598 (SDNY) | |
| **Case Name** | | |
| In Re Puda Coal Sec., Inc. Litig. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

EXPEDITED TRANSCRIPT WITH INDEX OF:
    Ida Law - LEF

| | |
|---|---|
|        Transcript, Realtime & Rough Draft | 1,500.00 |
|        Expedited Delivery | 750.00 |
| **TOTAL DUE  >>>** | **$2,250.00** |

Ordered By   : PUDA COAL SECURITIES (1:11-CV-2598 BSJ HBP) - Mayer
              Mayer Brown, LLP
              1675 Broadway
              New York, NY 10019

5 day expedite

Due upon receipt and is not contingent on client payment.

For billing questions, please email billing@planetdepos.com or call 888.433.3767

Thank you for your business.

**Tax ID:** 35-2467235

*Please detach bottom portion and return with payment.*

Brian J Massengill, Esquire
Mayer Brown, LLP
1675 Broadway
New York, NY 10019

| | | | |
|---|---|---|---|
| Job No. | : 48953 | BU ID | :90-HK-R |
| Case No. | : 11-CV-2598 (SDNY) | | |
| Case Name | : In Re Puda Coal Sec., Inc. Litig. | | |

Invoice No. : 63763         Invoice Date : 1/3/2014
**Total Due** : **$ 2,250.00**

Remit To: **Planet Depos - Asia**
         **405 East Gude Drive**
         **Suite 209**
         **Rockville, MD 20850**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/24/2014
**INVOICE #** 011514-415549

**Bill To:**  Brian J. Massengill Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** Anita C.M. How
**DATE:** 1/15/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 267 | $4.50 | $1,201.50 |
| Original Transcript - 2 Day Delivery | 267 | $2.75 | $734.25 |
| Original Transcript - Evening Pages | 44 | $2.00 | $88.00 |
| Interactive Real-time | 267 | $1.45 | $387.15 |
| Rough ASCII | 267 | $1.45 | $387.15 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 891 | $0.15 | $133.65 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $3,176.70 |
| | | SHIPPING & HANDLING | $50.00 |
| | | TOTAL | $3,226.70 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/24/2014
**INVOICE #** 011514-415550

**Bill To:**
Brian J. Massengill Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** Anita C.M. How
**DATE:** 1/15/2014
**LOCATION:** New York, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $295.00 | $295.00 |
| Videographer - Additional Hours | 8 | $95.00 | $760.00 |
| Videographer - Add'l Hours - Evening Rate | 2 | $142.50 | $285.00 |
| Videosynch / Tape | 6 | $95.00 | $570.00 |
| Certified - MPEG - Complimentary | 6 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,910.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,950.00 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200139 | 2/6/2014 | 1138 |
| **Job Date** | **Case No.** | |
| 1/28/2014 | 1:11-CV-2598 (KBF) | |
| **Case Name** | | |
| In Re: Puda Coal Securities Inc. et al. Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana Douglas
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

| | | |
|---|---|---|
| 1 COPY OF TRANSCRIPT OF: | | |
|    Wang Weimin | | 914.35 |
|       Exhibit | 221.00 Pages | 26.52 |
|       Rough Draft | 130.00 Pages | |
|       Condensed Transcript | | |
|       Electronic Transcript | | |
|       Shipping & Handling | | |
| | **TOTAL DUE >>>** | **$940.87** |

**Tax ID:** 03-0571163

*Please detach bottom portion and return with payment.*

Dana Douglas
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

| | | |
|---|---|---|
| Invoice No. | : | 200139 |
| Invoice Date | : | 2/6/2014 |
| **Total Due** | : | **$ 940.87** |

| | | |
|---|---|---|
| Job No. | : | 1138 |
| BU ID | : | NorthStar |
| Case No. | : | 1:11-CV-2598 (KBF) |
| Case Name | : | In Re: Puda Coal Securities Inc. et al. Litigation |

Remit To: **NorthStar Litigation Technologies, LLC**
          **103 Eisenhower Parkway**
          **Roseland, NJ 07068**



**NorthStar Lit Technologies**
103 Eisenhower Parkway
Roseland, New Jersey 07068
800.973.9270
www.northstarlit.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 200150 | 2/7/2014 | 1140 |
| **Job Date** | **Case No.** | |
| 1/30/2014 | 1:11-CV-2598 (KBF) | |
| **Case Name** | | |
| In Re: Puda Coal Securities Inc. et al. Litigation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Dana Douglas
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

| 1 COPY OF TRANSCRIPT OF: | | |
|---|---|---|
| Alexander Mackintosh | | 2,161.80 |
| Exhibit | 417.00 Pages | 50.04 |
| Realtime Transcription | 286.00 Pages | |
| Rough Draft | 286.00 Pages | |
| Condensed Transcript | | |
| Electronic Transcript | | |
| Shipping & Handling | | |
| | **TOTAL DUE  >>>** | **$2,211.84** |

**Tax ID:** 03-0571163

*Please detach bottom portion and return with payment.*

Dana Douglas
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606

| Invoice No. | : | 200150 |
|---|---|---|
| Invoice Date | : | 2/7/2014 |
| **Total Due** | **:** | **$ 2,211.84** |

Remit To: **NorthStar Litigation Technologies, LLC**
**103 Eisenhower Parkway**
**Roseland, NJ 07068**

| Job No. | : | 1140 |
|---|---|---|
| BU ID | : | NorthStar |
| Case No. | : | 1:11-CV-2598 (KBF) |
| Case Name | : | In Re: Puda Coal Securities Inc. et al. Litigation |



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 011614-416088

**Bill To:**    Jonathan C. Medow Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** Gregg A. Jarrell, PhD
**DATE:** 1/16/2014
**LOCATION:** Rochester, NY

**Billing Comments / Instructions:**    Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 107 | $5.50 | $588.50 |
| Original Transcript - Daily Delivery | 107 | $5.50 | $588.50 |
| Interactive Real-time | 107 | $2.50 | $267.50 |
| Rough ASCII | 107 | $1.75 | $187.25 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $100.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 552 | $0.15 | $82.80 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (2) | 214 | -$0.50 | -$107.00 |

| | SUBTOTAL | $1,707.55 |
|---|---|---|
| | SHIPPING & HANDLING | $100.00 |
| | **TOTAL** | $1,807.55 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



Corporate Headquarters
747 Third Avenue, Suite 10A
New York, NY 10017
Phone: (877) 702-9580
Fax: (212) 207-3311
www.tsgreporting.com

# INVOICE

**DATE:** 1/31/2014
**INVOICE #** 011614-416089

**Bill To:**
Jonathan C. Medow Esq.
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

**CASE:** In Re Puda Coal Securities et al Litigation
**WITNESS:** Gregg A. Jarrell, PhD
**DATE:** 1/16/2014
**LOCATION:** Rochester, NY

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $395.00 | $395.00 |
| Videographer - Additional Hours | 2 | $110.00 | $220.00 |
| Videosynch / Tape | 2 | $95.00 | $190.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $805.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $845.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745

For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.

**THANK YOU FOR YOUR BUSINESS!**



Epiq Systems, Limited
1004 Central Plaza
18 Harbour Rd.
WANCHAI
HONG KONG

# Invoice

| Bill-To | Information | |
|---|---|---|
| Mayer Brown LLP | Invoice No. | 90053799 |
| Dana S. Douglas | Invoice Date | 08/31/2013 |
| 71 South Wacker Drive | Purchase Order No. | MB0001 |
| CHICAGO, ILLINOIS  60606-4637 | Customer No. | 1001030 |
| USA | Currency | USD |
| | Contract No. | 40006424 |
| | Contract Description | Moore Stephens |
| | Terms of Payment | Net due in 30 days |

**Header Text**

Services for the month of August 2013

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| 130 | Project Management | 13.20 | H | 205.0000 | 2,706.00 |
| 200 | Document Review Hosting | 55.24 | GB | 40.0000 | 2,209.60 |
| 210 | User Access( Free of Charge ) | 10.00 | EA | 0.0000 | 0.00 |
| 220 | OCR | 848.00 | PAG | 0.0300 | 25.44 |
| 230 | Create TIFF Images | 43,606.00 | PAG | 0.0600 | 2,616.36 |
| 240 | Export & Output | 4.40 | H | 205.0000 | 902.00 |

| | | |
|---|---|---|
| **Gross Value** | | 8,459.40 |
| **Net Value** | | 8,459.40 |
| | USD | 8,459.40 |

**Remit to**
Epiq Systems Ltd
HSBC Hong Kong
Account Number: 808-622013-838
Sort Code:          004
IBAN:
Swift Code:          HSBCHKHHHKH

For Billing questions, please call: +852 2110 7699



Company Registration: 50263157
GB - Gigabytes  PAG - Page  EA - Each  DOC - Document    FIL - File



Epiq Systems, Limited
1004 Central Plaza
18 Harbour Rd.
WANCHAI
HONG KONG

# Invoice

| Bill-To | Information | |
|---|---|---|
| Mayer Brown LLP | Invoice No. | 90056216 |
| Dana S. Douglas | Invoice Date | 09/30/2013 |
| 71 South Wacker Drive | Purchase Order No. | MB0001 |
| CHICAGO, ILLINOIS  60606-4637 | Customer No. | 1001030 |
| USA | Currency | USD |
| | Contract No. | 40006424 |
| | Contract Description | Moore Stephens |
| | Terms of Payment | Net due in 30 days |

**Header Text**

Services for the month of July 2013

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|---|---|---|---|---|---|
| 130 | Project Management | 25.30 | H | 205.0000 | 5,186.50 |
| 160 | Pre-Filtering | 313.98 | GB | 150.0000 | 47,097.00 |
| 185 | eDataMatrix# Bundled Filterg/Native File | 18.05 | GB | 300.0000 | 5,415.00 |
| 200 | Document Review Hosting | 52.17 | GB | 40.0000 | 2,086.80 |
| 270 | Data Culling | 26.00 | H | 320.0000 | 8,320.00 |
| 280 | Data Output | 3.50 | GB | 205.0000 | 717.50 |
| 290 | Create TIFF Images | 26,631.00 | PAG | 0.0600 | 1,597.86 |
| 300 | Exception Text Generation | 443,895.00 | PAG | 0.0600 | 26,633.70 |
| 310 | Stamping/Endorsement | 2,390.00 | PAG | 0.0200 | 47.80 |

| | | |
|---|---|---|
| **Gross Value** | | 97,102.16 |
| **Net Value** | | 97,102.16 |
| | | USD 97,102.16 |

**Remit to**
Epiq Systems Ltd
HSBC Hong Kong
Account Number: 808-622013-838
Sort Code:          004
IBAN:
Swift Code:        HSBCHKHHHKH

For Billing questions, please call: +852 2110 7699



Company Registration: 50263157

GB - Gigabytes  PAG - Page  EA - Each  DOC - Document    FIL - File



Epiq Systems, Limited
1004 Central Plaza
18 Harbour Rd.
WANCHAI
HONG KONG

# Invoice

| Bill-To | Information | |
| --- | --- | --- |
| Mayer Brown LLP | Invoice No. | 90056638 |
| Dana S. Douglas | Invoice Date | 09/30/2013 |
| 71 South Wacker Drive | Purchase Order No. | MB0001 |
| CHICAGO, ILLINOIS  60606-4637 | Customer No. | 1001030 |
| USA | Currency | USD |
| | Contract No. | 40006424 |
| | Contract Description | Moore Stephens |
| | Terms of Payment | Net due in 30 days |

**Header Text**

Services for the month of September 2013

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
| --- | --- | --- | --- | --- | --- |
| 200 | Document Review Hosting | 58.98 | GB | 40.0000 | 2,359.20 |
| 210 | User Access | 1.00 | EA | 51.0000 | 51.00 |
| 220 | OCR | 5,021.00 | PAG | 0.0300 | 150.63 |
| 230 | Project Management | 6.10 | H | 250.0000 | 1,525.00 |
| 240 | Create TIFF Images | 57,049.00 | PAG | 0.0600 | 3,422.94 |

| | | |
| --- | --- | --- |
| **Gross Value** | | 7,508.77 |
| **Net Value** | | 7,508.77 |
| | USD | 7,508.77 |

**Remit to**
Epiq Systems Ltd
HSBC Hong Kong
Account Number: 808-622013-838
Sort Code:       004
IBAN:
Swift Code:      HSBCHKHHHKH

For Billing questions, please call: +852 2110 7699



Company Registration: 50263157
GB - Gigabytes  PAG - Page  EA - Each  DOC - Document    FIL - File



Epiq Systems, Limited
1004 Central Plaza
18 Harbour Rd.
WANCHAI
HONG KONG

# Invoice

| Bill-To | Information | |
|---------|-------------|---|
| Mayer Brown LLP | Invoice No. | 90059433 |
| Dana S. Douglas | Invoice Date | 10/31/2013 |
| 71 South Wacker Drive | Purchase Order No. | MB0001 |
| CHICAGO, ILLINOIS  60606-4637 | Customer No. | 1001030 |
| USA | Currency | USD |
| | Contract No. | 40006424 |
| | Contract Description | Moore Stephens |
| | Terms of Payment | Net due in 30 days |

**Header Text**

Services for the month of October 2013

| Item | Material/Description | Quantity | UoM | Unit Price | Value |
|------|--------------------|----------|-----|-----------|-------|
| 200 | Document Review Hosting | 58.98 | GB | 40.0000 | 2,359.20 |
| 240 | Special Tasks - Production | 0.50 | H | 205.0000 | 102.50 |

| | |
|---|---|
| **Gross Value** | 2,461.70 |
| **Net Value** | 2,461.70 |
| | USD 2,461.70 |

**Remit to**
Epiq Systems Ltd
HSBC Hong Kong
Account Number: 808-622013-838
Sort Code:           004
IBAN:
Swift Code:          HSBCHKHHHKH

For Billing questions, please call: +852 2110 7699



Company Registration: 50263157
GB - Gigabytes  PAG - Page  EA - Each  DOC - Document   FIL - File



# Invoice

Epiq Systems, Limited
1004 Central Plaza
18 Harbour Rd.
WANCHAI
HONG KONG

| Remit to | |
|---|---|
| Epiq Systems Ltd. | Co. Registration NO: 50263157 |
| | Billing questions, call +852 2110 7699 |
| Payment by Wire: | |
| Bank: | HSBC Bank plc |
| Acct No: | 808-622013-838 |
| Sort Code: | 004 |
| IBAN: | |
| SWIFT: | HSBCHKHHHKH |

**Bill-To**
Mayer Brown LLP
Dana S. Douglas
71 South Wacker Drive
Chicago, ILLINOIS 60606-4637
USA

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90063495 | Invoice Date | 11/30/2013 |
| Purchase Order No. | | | |
| Customer No. | 1001030 | | |
| Currency | USD | | |
| Contract No. | 40006424 | | |
| Contract Description | Moore Stephens | | |
| Terms of Payment | Net due in 30 days | | |

**Comments**
Services for the month of November 2013

Internal Reference No MB0001

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| PMT100 | Project Management | 1.300 | H | 250.0000 | 325.00 |
| HST150 | Document Review Hosting | 58.980 | GB | 40.0000 | 2,359.20 |
| RE105 | Shipping and Courier Fees | 1 | EA | 211.8200 | 27.32 |
| HST165 | Translation services from Chin to Eng | 1 | DOC | 4,918.7300 | 4,918.73 |
| PRO330 | Special Tasks-Production | 1.500 | H | 205.0000 | 307.50 |
| HST210 | User Access | 1 | EA | 51.0000 | 51.00 |

**Total Amount Due  (USD)**  7,988.75





# Invoice

Epiq Systems, Limited
1004 Central Plaza
18 Harbour Rd.
WANCHAI
HONG KONG

**Remit to**
Epiq Systems Ltd.

Co. Registration NO: 50263157
Billing questions, call +852 2110 7699

Payment by Wire:
Bank:                    HSBC Bank plc
Acct No:                 808-622013-838
Sort Code:               004
IBAN:
SWIFT:                   HSBCHKHHHKH

**Bill-To**

Mayer Brown LLP
Dana S. Douglas
71 South Wacker Drive
Chicago, Illinois  60606-4637

**Information**

| | | | |
|---|---|---|---|
| Invoice No. | 90072188 | Invoice Date | 02/28/2014 |
| Purchase Order No. | | | |
| Customer No. | 1001030 | | |
| Currency | USD | | |
| Contract No. | 40006424 | | |
| Contract Description | Moore Stephens | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | MB0001 | | |

**Comments**
Services for the month of February 2014

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| HST150 | Document Review Hosting | 58.930 | GB | 40.0000 | 2,357.20 |
| PRO330 | Special Tasks-Production | 0.500 | H | 205.0000 | 102.50 |
| | **Total Amount Due  (USD)** | | | | 2,459.70 |

