```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :    11 Civ. 2598 (DLC)(HBP)
IN RE PUDA COAL SECURITIES INC.    :
et al. LITIGATION                  :    SCHEDULING ORDER

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        Judge Cote has referred this matter to me to conduct an inquest with respect to Puda Coal, Inc., subject to the condition that the inquest should not ne conducted "until the claims against the other defendants in this litigation have been resolved."

        No later than August 10, 2015, counsel are to advise whether the claims against any of the other defendants remain open and whether there is any obstacle to proceeding with the inquest at this time.

Dated: New York, New York
      July 28, 2015

                                      SO ORDERED

                                      HENRY PITMAN
                                      United States Magistrate Judge

Copies transmitted to:

All Counsel