UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE PUDA COAL SECURITIES INC. ET AL. LITIGATION** | Case No: 1:11-CV-2598 (DLC)<br><br>CLASS ACTION |

# PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS-ACTION SETTLEMENTS WITH BREAN MURRAY AND MACQUARIE

Lead Plaintiffs Salomon Querub, Howard Pritchard, and Hotel Ventures LLC, and named plaintiffs Trellus Management Company LLC and Steven Weissmann ("Plaintiffs") hereby move this Court for entry of an Order: (a) preliminarily approving the proposed Macquarie Settlement and Brean Settlement; (b) provisionally certifying a Settlement Class; (c) approving the form and method for giving notice to Class Members as provided in the Macquarie Stipulation and Brean Stipulation; and (d) scheduling a final approval hearing for a date at the Court's convenience. Defendants do not oppose the relief requested by this motion.

This motion is based on this Notice of Motion, the Macquarie Stipulation and Brean Stipulation, the supporting Memorandum of Points and Authorities, the [Proposed] Orders submitted concurrently herewith, and all pleadings, records and papers on file herein.

Dated: October 16, 2015                                    Respectfully submitted,

                                                           GLANCY PRONGAY & MURRAY LLP


                                                           By: *s/ Joshua L. Crowell*
                                                           Lionel Z. Glancy
                                                           Joshua L. Crowell (JC-0914)
                                                           1925 Century Park East, Suite 2100
                                                           Los Angeles, California 90067
                                                           Telephone: (310) 201-9150
                                                           Facsimile: (310) 201-9160
                                                           info@glancylaw.com

                                                           THE ROSEN LAW FIRM, P.A.
                                                           Laurence M. Rosen, Esq. (LR-5733)
                                                           Phillip Kim, Esq. (PK-9384)
                                                           Sara Fuks, Esq. (SF-6034)
                                                           Yu Shi, Esq. (YS-2182)
                                                           275 Madison Avenue, 34th Floor
                                                           New York, New York 10016
                                                           Telephone: (212) 686-1060
                                                           Facsimile: (212) 202-3827
                                                           info@rosenlegal.com

*Co-Lead Counsel for Plaintiffs and the Class*

POMERANTZ LLP
Marc I. Gross
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Jeffrey P. Campisi
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

KIRBY MCINERNEY LLP
Daniel Hume
David E. Kovel
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Additional Counsel for Plaintiffs*

# PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On October 16, 2015, I served true and correct copies of **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS-ACTION SETTLEMENTS WITH BREAN MURRAY AND MACQUARIE**, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 16th day of October, 2015, at Los Angeles, California.

                                         *s/ Joshua L. Crowell*
                                         Joshua L. Crowell

317831.1 PUDA

**Mailing Information for a Case 1:11-cv-02598-DLC-HBP**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joseph Alexander Baratta**
  jabaratta@barattalaw.com

- **Jeffrey Philip Campisi**
  jcampisi@kaplanfox.com

- **Jason Canales**
  jcanales@mosessinger.com,managingclerks_1@mosessinger.com

- **Michael Barry Carlinsky**
  michaelcarlinsky@quinnemanuel.com,minyaowang@quinnemanuel.com

- **Albert Yong Chang**
  achang@cfsblaw.com,lcox@cfsblaw.com,ykolesnikov@bottinilaw.com,kcochran@cfsblaw.com,albert.chang.law@gmail.com,sammirati@bottinilaw.com,aringer@cfsblaw.com,sammirati@cfsblaw.com

- **Michael Vincent Cibella**
  mvc@cibellalaw.com

- **Joshua Lon Crowell**
  jcrowell@glancylaw.com

- **Greg A. Danilow**
  greg.danilow@weil.com,david.byeff@weil.com,stefania.venezia@weil.com,MCO.ECF@weil.com,Christopher.Gismondi@weil.com,Dan.Martin@weil.com

- **Lauren Dickie**
  laurendickie@quinnemanuel.com

- **Dana S. Douglas**
  dsdouglas@mayerbrown.com

- **Mary Kathryn Dulka**
  mdulka@goodwinprocter.com,cbrown@goodwinprocter.com

- **William Bernard Federman**
  wbf@federmanlaw.com,ngb@federmanlaw.com,law@federmanlaw.com

- **Frederic Scott Fox , Sr**
  ffox@kaplanfox.com

- **Sara Esther Fuks**
  sfuks@rosenlegal.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **Seth Goodchild**
  seth.goodchild@weil.com,Dan.Martin@weil.com

- **Mark Holland**
  mholland@goodwinprocter.com

- **D. Seamus Kaskela**
  skaskela@ktmc.com

- **David E Kovel**
  dkovel@kmllp.com,vtatisheva@kmllp.com,rli@kmllp.com,ecf@kmllp.com

- **Louis Carey Ludwig**
  lcludwig@pomlaw.com

- **Matthew M. Madden**
  mmadden@robbinsrussell.com,ggordon@robbinsrussell.com

- **Ottavio Vincenzo Mannarino**
  mannarinoesq@aidalalaw.com

- **Brian James Massengill**
  bmassengill@mayerbrown.com,courtnotification@mayerbrown.com

- **Justin Adam McCarty**
  jmccarty@mayerbrown.com

- **Jonathan Craig Medow**
  jmedow@mayerbrown.com

- **Joshua N. Mitchell**
  jmitchell@robbinsrussell.com

- **Juan P. Morillo**
  juanmorillo@quinnemanuel.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,echang@glancylaw.com

- **Andrei V. Rado**
  arado@milberg.com,maoffice@milberg.com

- **Laurence Matthew Rosen**

lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,iveneck@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Kevin F. Ruf**
  kevinruf@gmail.com

- **Rushank Raj Shah**
  rshah@goodwinprocter.com

- **Yu Shi**
  yshi@rosenlegal.com

- **Richard Mark Strassberg**
  rstrassberg@goodwinprocter.com,nymanagingclerk@goodwinprocter.com

- **Jennifer Elizabeth Traystman**
  jtraystman@trinko.com

- **Curtis Victor Trinko**
  ctrinko@trinko.com

- **John Brandon Walker**
  bwalker@kmllp.com

- **Minyao Wang**
  minyaowang@quinnemanuel.com

- **Michael Jonathan Wernke**
  mjwernke@pomlaw.com

- **John S. Williams**
  jwilliams@wc.com

- **Robert S. Wolf**
  rwolf@mosessinger.com,ografakos@mosessinger.com,managingclerks_1@mosessinger.com

- **Kathryn Schaefer Zecca**
  kzecca@robbinsrussell.com

- **Maryana Zubok**
  mzubok@goodwinprocter.com,mdulka@goodwinprocter.com,rshah@goodwinprocter.com,rstrassberg@goodwinprocter.com,ndaughtrey@goodwinproxcter.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Adriene         O. Bell
Kessler Topaz Meltzer & Check, LLP (PA)
280 King of Prussia Road
Radnor, PA 19087

Samuel Blankenship
,

Michael         Goldberg
Glancy Binkow & Goldberg, LLP (CA)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Michael         Marc Goldberg
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars   Suite 311
Los Angeles, CA 90067

Myron           Harris
South 106-Park Tower Place
22nd & Benjamin Franklin Pkwy
Philadelphia, PA 19130

David           M. Promisloff
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
```