UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
IN RE PUDA COAL SECURITIES INC.,       :        11cv2598 (DLC)
et al. LITIGATION                      :      and all member and
                                       :        related cases
This document relates to: ALL ACTIONS. :
                                       :           ORDER
-------------------------------------- X
                                       :
SECURITIES AND EXCHANGE COMMISSION,    :
                                       :        15cv2304 (DLC)
                  Plaintiff,           :
                                       :
      -v-                              :
                                       :
MAQUARIE CAPITAL (USA) INC., ET AL.,   :
                                       :
                  Defendants.          :
                                       :
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2|10|2016

DENISE COTE, District Judge:

   On January 29, 2016, the Securities and Exchange Commission

("SEC") submitted a Distribution Plan and a proposed Joint

Notice for approval.  On February 5, plaintiffs in the above

referenced class action submitted a renewed motion for

preliminary approval of three settlements.  The Court has

revised the proposed joint notice provided by the SEC and

plaintiffs, and has attached a revised Joint Notice to this

Order.  Accordingly, it is hereby

   ORDERED that the parties shall submit any comments or

requests regarding the revised Joint Notice by February 17.

   IT IS FURTHER ORDERED that the SEC shall submit a copy of

its Proof of Claim form for the Fair Fund, which will be

included in the revised Joint Notice as Exhibit C, by February 17.

IT IS FURTHER ORDERED that the class action parties shall provide a set of proposed deadlines for the settlements by February 17.

Dated:      New York, New York
            February 10, 2016

                              _____
                                     DENISE COTE
                              United States District Judge