UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PUDA COAL SECURITIES INC. et al. LITIGATION | Case No.: 1:11-CV-2598 (DLC) |

**NOTICE OF WITHDRAWAL OF MORRISON & FOERSTER LLP'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT WITH MACQUARIE CAPITAL (USA) INC.**

On December 8, 2015, Morrison & Foerster LLP filed a response to Lead Plaintiffs' motion for preliminary approval of the proposed settlement with Macquarie Capital (USA) Inc. regarding the bar-order provision of the proposed final judgment resolving the claims against Macquarie.  *See* Dkt. No. 575.

Morrison hereby withdraws its response.

Dated: May 13, 2016
        Washington, D.C.

By: */s/ John S. Williams*
John S. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
Tel:    (202) 434-5000
Fax:    (202) 434-5029

-and-

Jonathan D. Lupkin
Rebecca C. Smithwick
LUPKIN & ASSOCIATES PLLC
26 Broadway, 19th Floor
New York, New York 10004
Tel:    (646) 367-2772
Fax:    (646) 219-4870

*Attorneys for Morrison & Foerster LLP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2016, I caused a true and correct copy of the foregoing notice to be served by electronic means, via the Court's CM/ECF system, on all counsel registered to receive electronic notification.

By: */s/ John S. Williams*
John S. Williams