UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE PUDA COAL SECURITIES INC. ET AL. LITIGATION** | Case No: 1:11-CV-2598 (DLC)<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH BREAN MURRAY, MACQUARIE, AND THE U.S. DIRECTORS**

Lead Plaintiffs Salomon Querub, Howard Pritchard, and Hotel Ventures LLC, and named plaintiffs Trellus Management Company LLC and Steven Weissmann ("Plaintiffs") hereby move this Court for entry of Orders: (a) finally approving the Settlement with Defendant Macquarie Capital (USA) Inc. ("Macquarie"); (b) finally approving the Settlement with Defendant Brean Murray, Carret & Co. ("Brean"); (c) finally approving the Settlement with Defendants Lawrence S. Wizel ("Wizel") and C. Mark Tang ("Tang") (together, the "U.S. Directors"); (d) entering the Stipulated Judgment for Settlement Purposes Only Against the U.S. Directors; (e) entering the [Proposed] Bar and Judgment Reduction Order (c) finally certifying a Settlement Class (f) and finally approving the Plan of Allocation.

This motion is based on this Notice of Motion, the supporting Memorandum of Points and Authorities; the Declaration of Laurence Rosen and exhibits thereto, and the [Proposed] Orders and [Proposed] Judgment submitted concurrently herewith, and all pleadings, records and papers on file herein.

Dated: May 27, 2016                                    Respectfully submitted,

                                                       THE ROSEN LAW FIRM, P.A.


                                                       By: *s/ Laurence M. Rosen*
                                                       Laurence M. Rosen, Esq. (LR-5733)
                                                       Phillip Kim, Esq. (PK-9384)
                                                       Sara Fuks, Esq. (SF-6034)
                                                       Yu Shi, Esq. (YS-2182)
                                                       275 Madison Avenue, 34th Floor
                                                       New York, New York 10016
                                                       Telephone: (212) 686-1060
                                                       Facsimile: (212) 202-3827
                                                       info@rosenlegal.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Joshua L. Crowell (JC-0914)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

POMERANTZ LLP
Marc I. Gross
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Jeffrey P. Campisi
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

KIRBY MCINERNEY LLP
Daniel Hume
David E. Kovel
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Additional Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of May 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's service list.

                                                  */s/ Sara E. Fuks*
                                                  Sara E. Fuks