# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE PUDA COAL SECURITIES INC. ET AL. LITIGATION** | Case No: 1:11-CV-2598 (DLC)<br><br>CLASS ACTION |

## PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS-ACTION SETTLEMENT WITH MOORE STEPHENS, P.C.

{00215329;1 }

Lead Plaintiffs Salomon Querub, Howard Pritchard, and Hotel Ventures LLC, and named plaintiffs Trellus Management Company LLC and Steven Weissmann ("Plaintiffs") hereby move this Court for entry of an Order: (a) preliminarily approving the proposed settlement with Defendant Moore Stephens, P.C. ("MSPC"); (b) provisionally certifying a Settlement Class; (c) approving the form and method for giving notice to Class Members as provided in the Stipulation and Agreement of Settlement dated September 16, 2016 (the "MSPC Stipulation"; and (d) scheduling a final approval hearing for a date at the Court's convenience.  Defendant MSPC does not oppose the relief requested by this motion.

This motion is based on this Notice of Motion, the MSPC Stipulation, the supporting Memorandum of Points and Authorities, the [Proposed] Order submitted concurrently herewith, and all pleadings, records and papers on file herein.

Dated: September 16, 2016

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

By: *s/ Laurence M. Rosen*
THE ROSEN LAW FIRM, P.A.
Laurence M. Rosen, Esq. (LR-5733)
Phillip Kim, Esq. (PK-9384)
Sara Fuks, Esq. (SF-6034)
Yu Shi, Esq. (YS-2182)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
info@rosenlegal.com

GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy
Joshua L. Crowell (JC-0914)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

Facsimile: (310) 201-9160
info@glancylaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

POMERANTZ LLP
Marc I. Gross
Jeremy A. Lieberman
Michael J. Wernke
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

Patrick V. Dahlstrom
Louis C. Ludwig
10 South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox
Jeffrey P. Campisi
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

KIRBY MCINERNEY LLP
Daniel Hume
David E. Kovel
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

*Additional Counsel for Plaintiffs*