UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE PUDA COAL SECURITIES INC.,      :     11cv2598 (DLC)
et al. LITIGATION                     :     and all member and
                                      :     related cases
This document relates to: ALL ACTIONS. :
                                      :         ORDER
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :     15cv2304 (DLC)
            Plaintiff,                :
                                      :
      -v-                             :
                                      :
MAQUARIE CAPITAL (USA) INC., ET AL.,  :
                                      :
            Defendants.               :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On November 22, 2016, a telephone conference was held with lead counsel for the plaintiffs and counsel for defendant Moore Stephens, P.C. ("MSPC") regarding the plaintiffs' motion for preliminary approval of a proposed class-action settlement with MSPC. Accordingly, it is hereby

ORDERED that the plaintiffs shall submit, by December 2, a supplemental memorandum of law with revised proposed notices, as well as a supplemental preliminary approval order to reflect these revisions. The plaintiffs shall hand-deliver a courtesy copy of these submissions no later than December 2.

Dated:   New York, New York
         November 22, 2016

                                    _____
                                           DENISE COTE
                                    United States District Judge